**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA GRIENSEWIC, ) | Case No. 2:15-cv-02282-MMD-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

      The parties are hereby **ORDERED** to file a joint proposed pretrial order by July 13, 2017.

      IT IS SO ORDERED.

      Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE