SOA
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAURA GRIENSEWIC,

    Plaintiff,

v.

TARGET CORPORATION, a Foreign Corporation dba TARGET STORE T-2164; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,

    Defendants.

CASE NO.: 2:15-cv-02282-MMD-NJK

## SUBSTITUTION OF ATTORNEYS FOR DEFENDANT

TARGET CORPORATION, Defendant, hereby substitutes ALAN W. WESTBROOK of the firm PERRY & WESTBROOK, 1701 W. Charleston Blvd, Suite 200, Las Vegas, Nevada 89101; Telephone: 702-870-2400; E-Mail: awestbrook@perrywestbrook.com, as attorney of

/////

/////

/////

record in place and stead of Douglas M. Rowan, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

DATED this \_\_1st\_\_ day of \_\_June\_\_, 2018.

_____
TARGET CORPORATION

\_\_Daniel Moore\_\_
(Print Name)
Title: \_\_Director Counsel\_\_

I hereby consent to the above and foregoing substitution.

DATED this \_\_26\_\_ day of \_\_June\_\_, 2018.

_____
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400
Douglas.rowan@wilsonelser.com

I am duly admitted to practice in the District of Nevada and accept the above substitution.

DATED this \_\_26\_\_ day of \_\_June\_\_, 2018.

_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No: 6167
PERRY & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
(702) 870-2400
awestbrook@perrywestbrook.com

IT IS SO ORDERED.
Dated: June 29, 2018

_____
United States Magistrate Judge