Douglas M. Rowan, Esq.
Nevada Bar No. 004736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GRIENSEWIC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation dba TARGET STORE T-2164; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　Defendants | CASE NO: 2:15-cv-02282-MMD-NJK<br><br>**DEFENDANT TARGET CORPORATION'S MOTION TO REMOVE COUNSEL AS COUNSEL OF RECORD AND FROM SERVICE LIST** |

　　　　Defendant TARGET CORPORATION (hereinafter "Defendant") moves this Court for an order removing attorney Kym Cushing as counsel of record for Defendant and from the CM/ECF electronic service list. Mr. Cushing is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker and no longer represents Defendant in this matter.

　　　　DATED this 28th day of June, 2018

IT IS SO ORDERED.
Dated: June 29, 2018

_____
United States Magistrate Judge

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Defendant Target Corporation*