# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GRIENSEWIC, | Case No.: 2:15-cv-2282-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 63) |
| TARGET CORPORATION, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 63. The Court **ORDERS** the parties to file a stipulation of dismissal no later than December 10, 2018.

IT IS SO ORDERED.

Dated: October 10, 2018

NANCY J. KOPPE
United States Magistrate Judge