ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA GRIENSEWIC,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation dba TARGET STORE T-2164; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:15-cv-02282-MMD-NJK |

## STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

/////

/////

/////

/////

/////

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 15th day of November, 2018.

INJURY LAWYERS OF NEVADA

_____
Jared B. Anderson, Esq.
Nevada Bar No.: 9747
6900 Westcliff Drive, Suite 707
Las Vegas, NV 89145
Telephone: (702) 868-8888
Facsimile: (702) 868-8889
Jared@injurylawyersnv.com
Attorneys for Plaintiff

DATED this 19 day of November, 2018.

PERRY & WESTBROOK, P.C.

_____
Alan W. Westbrook, Esq.
Nevada Bar No.: 06167
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants

IT IS SO ORDERED.

Dated: November 20, 2018

_____
UNITED STATES DISTRICT COURT JUDGE